## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMRAN AHMED,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　　　　　v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy, PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br><br>　　　　　　　　　　*Defendants*. | Case No. 25 Civ. _____ |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

　　Please enter my appearance as counsel in this case for Plaintiff Imran Ahmed. I certify that I am admitted to practice in this Court.

Dated: December 24, 2025　　　　　　　/s/Michael P. Quinn
　　　　New York, New York　　　　　　Michael P. Quinn
　　　　　　　　　　　　　　　　　　　KAPLAN MARTIN LLP
　　　　　　　　　　　　　　　　　　　1133 Avenue of the Americas | Suite 1500
　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　Tel.: (212) 316-9500
　　　　　　　　　　　　　　　　　　　mquinn@kaplanmartin.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Imran Ahmed*