UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMRAN AHMED,<br><br>       *Plaintiff*,<br><br>       v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy, PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br><br>       *Defendants*. | Case No. 25 Civ. _____ |

**ORDER TO SHOW CAUSE FOR**
**<u>TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

  Upon the annexed Memorandum of Law, Declaration of Roberta A. Kaplan dated December 24, 2025, and the Declaration of D. Brandon Trice dated December 24, 2025, and the exhibits thereto, it is

  ORDERED that the above named Defendants show cause before this Court, at Room _____, United States Courthouse, 40 Foley Square, in the City, County and State of New York, on December \_\_, 2025, at \_\_\_ o'clock, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

  1) enjoining Defendants from arresting, detaining, or transferring the Plaintiff pending a further order of the Court;

  2) enjoined Defendants from transferring the Plaintiff from the jurisdiction of this

1

District pending further order of this Court;

3) should Defendants seek to arrest, detain, or transfer Plaintiff on any asserted basis other than pursuing his removal under 8 U.S.C. § 1227(a)(4)(C) pending the Court's decision on a preliminary injunction, ordering Defendants to provide sufficient advance notice to the Court and counsel to enable Plaintiff an opportunity to be heard regarding whether any such asserted basis for detention violates Plaintiff's rights under the First Amendment or the Fifth Amendment, or otherwise contravenes the Immigration and Nationality Act, the Administrative Procedure Act, or applicable constitutional limits.

ORDERED, that answering papers, if any, must be served by email on Plaintiff's attorneys of record in this action no later than 5:00 p.m. on _____, 2025, and reply papers, if any, must be served by hand or email upon Defendants' attorneys no later than 5:00 p.m. on _____, 2025; and it is further

ORDERED that service by email of a copy of this Order and the annexed Declarations, exhibits, pleadings, and memoranda of law upon the Defendants' counsel that have appeared in this action as of the issuance of this order, or otherwise on the Chief of the Civil Division for the U.S. Attorney's Office for the Southern District of New York, Jeffrey Oestericher, on or before _____ o'clock in the _____ morning/afternoon, _____, 2025, shall be deemed good and sufficient service thereof.

IT IS SO ORDERED.

Dated: _____, 2025
       New York, New York

                                        _____
                                        United States District Judge

2