**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IMRAN AHMED,<br><br>         *Plaintiff*,<br><br>         v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy, PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br><br>        *Defendants*. | Case No. 25 Civ. _____ |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705, and having reviewed Plaintiff's Proposed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, Plaintiff's supporting Memorandum of Law with attached declarations and exhibits, and any response thereto, and all other pleadings and papers in this matter, the Court HEREBY ORDERS that:

1) Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction is granted because Plaintiff has demonstrated that he will suffer irreparable harm if this Court does not issue relief; that he is substantially likely to prevail on his claims that Defendants' actions to arrest, detain, and transfer Plaintiff violate the First Amendment, the Due Process Clause of the Fifth Amendment, and the Immigration and Nationality

1

Act, 8 U.S.C. § 1101 *et seq.*, and other law; that the balance of equities and public interest tip in favor of a temporary restraining order; and that a preliminary injunction is an appropriate and necessary remedy;

2) Defendants are enjoined from arresting or detaining the Plaintiff pending further order of this Court;

3) Defendants are enjoined from transferring the Plaintiff from the jurisdiction of this District pending further order of this Court;

4) Should Defendants seek to detain Plaintiff on any asserted basis other than pursuing his removal under 8 U.S.C. § 1227(a)(4)(C) pending the Court's decision on a preliminary injunction, Defendants are ordered to provide sufficient advance notice to the Court and counsel to enable Plaintiff an opportunity to be heard regarding whether any such asserted basis for detention violates Plaintiff's rights under the First Amendment or the Fifth Amendment, or otherwise contravenes the Immigration and Nationality Act, the Administrative Procedure Act, or applicable constitutional limits; and

5) The bond requirement of Federal Rule of Civil Procedure 65(c) is waived.

IT IS SO ORDERED.

Dated: _____, 2025
       New York, New York

_____
      United States District Judge