UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IMRAN AHMED,

      *Plaintiff*,

v.

MARCO RUBIO, in his official capacity as Secretary of State, SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy, PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,

      *Defendants*.

Case No. 25 Civ. _____

## DECLARATION OF D. BRANDON TRICE

I, D. Brandon Trice, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

 1. I am a member of the bar of the State of New York and am admitted to appear before this Court. I am a partner in the law firm Kaplan Martin LLP, counsel for Plaintiff Imran Ahmed in the above-captioned action.

 2. I respectfully submit this declaration in support of Mr. Ahmed's Order to Show Cause for Temporary Restraining Order and Preliminary Injunction.

 3. Attached as **Exhibit A** is Secretary of State Sarah B. Rogers's 3:46 PM December 23, 2025 post on X.

 4. Attached as **Exhibit B** is a copy of Marco Rubio's December 23, 2025 press release titled "Announcement of Actions to Combat Global Censorship-Industrial Complex."

1

5.      Attached as **Exhibit C** is a copy of Elizabeth Troutman Mitchell's December 23, 2025 article titled "Trump Bars Global Censorship Agents From Entering US" and published in *The Daily Signal*.

6.       Attached as **Exhibit D** is a copy of Prem Thakker and Asawin Suebsaeng's  December 11, 2025 article titled "SCOOP: Trump Admin Is Preparing to Revoke Visas of Critics of Elon Musk's Twitter."

7.      Attached as **Exhibit E** is a copy of Connor Stringer's November 9, 2025 article titled "Trump to deport boss of Starmer-linked charity" and published in *The Telegraph*.

8.      Attached as **Exhibit F** is a transcript of the U.S. Department of State's October 22, 2020 conference titled "Ancient Hatred, Modern Medium: Challenges and Solutions in Real Life: Activists' Statements," featuring Mr. Ahmed.

9.      Attached as **Exhibit G** is the web page to CCDH's November 22, 2020 report titled "Hatebook: Facebook's neo-Nazi shopfronts funding far-right extremism."

10.     Attached as **Exhibit H** is the web page to CCDH's April 11, 2024 report titled "Hate Pays: How X accounts are exploiting the Israel-Gaza conflict to grow and profit."

11.     Attached as **Exhibit I** is an X thread under Sarah B. Rogers' December 23, 2025 post with replies from Joe Lonsdale and Elon Musk.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York                           */s/ D. Brandon Trice*
       December 24, 2025                                    D. Brandon Trice