# EXHIBIT B

12/24/25, 1:54 PM    Announcement of Actions to Combat the Global Censorship-Industrial Complex - United States Department of State

Case 1:25-cv-10705-LAR    Document 11-2    Filed 12/24/25    Page 2 of 3

An official website of the United States Government Here's how you know



# Announcement of Actions to Combat the Global Censorship-Industrial Complex

PRESS STATEMENT

MARCO RUBIO, SECRETARY OF STATE

DECEMBER 23, 2025

The State Department is taking decisive action against five individuals who have led organized efforts to coerce American platforms to censor, demonetize, and suppress American viewpoints they oppose. These radical activists and weaponized NGOs have advanced censorship crackdowns by foreign states—in each case targeting American speakers and American companies. As such, I have determined that their entry, presence, or activities in the United States have potentially serious adverse foreign policy consequences for the United States.

Based on these determinations, the Department has taken steps to impose visa restrictions on agents of the global censorship-industrial complex who, as a result, will be generally barred from entering the United States. Further, based on the foreign policy determination, the Department of Homeland Security can initiate removal proceedings against certain individuals pursuant to INA section 237(a)(4)(C), which renders such individuals deportable.

President Trump has been clear that his America First foreign policy rejects violations of American sovereignty. Extraterritorial overreach by foreign censors targeting American

Cookie Settings

12/24/25, 1:54 PM Announcement of Actions to Combat the Global Censorship-Industrial Complex - United States Department of State

Case 1:25-cv-10705-LAR    Document 11-2    Filed 12/24/25    Page 3 of 3

speech is no exception. The State Department stands ready and willing to expand today's list if other foreign actors do not reverse course.

*These actions are pursuant to Section 212(a)(3)(C) of the Immigration and Nationality Act, which renders inadmissible any alien whose entry into the Unites States the Secretary of State determines "would have potentially serious adverse foreign policy consequences for the United States." Certain family members may also be covered by these restrictions.  In addition, Section 237(a)(4)(C) of the Immigration and Nationality Act renders an alien deportable from the United States if the Secretary of State has reasonable grounds to believe the alien's presence or activities in the United States would have potentially serious adverse foreign policy consequences.*

**TAGS**

Censorship    Freedom of Speech and Expression    Office of the Spokesperson

The Secretary of State

White House

USA.gov

Office of the Inspector General

Archives

Contact Us

Freedom 250