# EXHIBIT D

archive.today
webpage capture

Saved from  https://zeteo.com/p/trump-revoke-visas-breton-ahmed-twitter-musk   search   11 Dec 2025 06:43:29 UTC
All snapshots from host zeteo.com
history ←prior next→
share  download .zip  report bug or abuse  Buy me a coffee
Webpage | Screenshot

# zeteo

Sign in

Home   Mehdi Unfiltered   We're Not Kidding   Shows   Columns   Documentaries   Watch   Ask The Editor   Book Club

# SCOOP: Trump Admin Is Preparing to Revoke Visas of Critics of Elon Musk's Twitter

Trump officials are considering revoking the visas of former European Union Commissioner Thierry Breton and Imran Ahmed, of the Center for Countering Digital Hate.

**PREM THAKKER AND ASAWIN SUEBSAENG**
DEC 11, 2025 · PAID

♡ 43    💬 3    ↻ 10                                                                 Share



US President Donald Trump on May 5, 2025 and Elon Musk on May 30, 2025. (Photo by Alex Wroblewski and Allison ROBBERT / AFP) (Photo by ALEX WROBLEWSKI, ALLISON ROBBERT/AFP via Getty Images)

Donald Trump's administration is in high-level talks to revoke the visas of two European green card holders, according to documentation seen by **Zeteo**. Both are

prominent critics of Twitter (also known as "X"), the social media site owned by on-again-off-again Trump pal, Elon Musk.

Per a draft for an action memo outlining options for Secretary of State Marco Rubio, the administration is weighing a move to revoke the visas of Former European Union Commissioner Thierry Breton and Imran Ahmed, CEO and founder of the Center for Countering Digital Hate.

The move would mark one of the administration's first attempts to revoke the visas of people they deem to be engaging in the "censorship" of Americans. Just last week, the State Department reportedly directed officials to screen out applicants for skilled worker visas who have previously worked to combat online misinformation and disinformation.

The visa revocation plans, which are being done in the name of free speech, come after the administration actively stifled the speech of foreign students across the US, detaining some over their speech against Israel's US-backed genocide in Palestine. The administration indicated it may also soon demand that visiting tourists' submit five years' worth of social media posts before entering the country.

The draft memo is meant to provide options for Rubio to respond to a $140 million fine that the European Union levied against Twitter for breaches of the Digital Services Act surrounding transparency.

### This post is for paid subscribers

**Subscribe**

Already a paid subscriber? *Sign in*

← Previous