# EXHIBIT F

An official website of the United States government   Here's how you know

**2017-2021 ARCHIVED CONTENT**

You are viewing ARCHIVED CONTENT released online from January 20, 2017 to January 20, 2021.

Content in this archive site is NOT UPDATED, and links may not function.

For current information, go to www.state.gov.

Menu

ANCIENT HATRED, MODERN MEDIUM: CONFERENCE ON INTERNET ANTI-SEMITISM

✯ ✯ ✯

# Ancient Hatred, Modern Medium: Challenges and Solutions in Real Life: Activists' Statements

IMRAN AHMED, CEO AND FOUNDER OF THE CENTER FOR COUNTERING DIGITAL HATE
NITZAN TAMARI, CMO & CHIEF STRATEGY OFFICER OF ACTIVEFENCE
MILICA PESIC, EXECUTIVE DIRECTOR OF THE MEDIA DIVERSITY INSTITUTE OF THE UK AND BELGIUM

OCTOBER 22, 2020

Share

0:00

ELLIE COHANIM: Our next session will focus on the challenges and solutions of real-world activism. Different organizations use different techniques to combat online anti-Semitism.

We've invited three activists to describe some of the real-world solutions they've employed, some strategies that have met with success and, perhaps, some others that were not so effective.

Joining us for this session are Imran Ahmed, CEO and Founder of the Center for Countering Digital Hate, with offices in London and Washington.

Next, we will hear from Nitzan Tamari, CMO and Chief Strategy Officer of ActiveFence, an organization that focuses on countering anti-Semitism on the deep web.

And finally, we will hear from Milica Pesic, Executive Director of the Media Diversity Institute of the UK and Belgium, who will speak about her experiences there.

[MUSIC PLAYING]

IMRAN AHMED: My name is Imran Ahmed. I'm Chief Executive of the Center for Countering Digital Hate, which was set up three years ago to look at the problems that we saw with the

growth of anti-Semitism in the United Kingdom on the political left, but also the rise of movements around the world that were weaponizing digital hate to achieve their political goals.

And we've seen it happening in many places simultaneously. So we know it's not just about the contingent circumstances or even the particular nature of anti-Semitism itself.

This is something more profound and more basic. It's a shift in the way that we perceive our world around us, the way that we form values, that we form social mores, and the nature of the malignancies that we see emerge in our society.

Today, speaking to you from Washington, D.C. Where we're in the middle of the coronavirus epidemic, we can see how misinformation is being weaponized in the most dangerous way possible, putting at risk the lives of our communities around the world.

And also, we can see the attendant rise in coronavirus, of xenophobia, of anti-Semitism, of Islamophobia, and other forms of racism and religious intolerance.

Anti-Semitism online is– is not new, of course, because we've seen this before, but it's been given particular power, urgency, and– and spread by digital platforms. And why is that? There are two reasons.

First of all, digital platforms afford malignant actors a reach that they've never had before, access to billions of minds, cost free for each communication.

And that zero marginal cost communication is an unprecedented change, akin to, in the conventional arms race, the nuclear bomb. It fundamentally changes the rules of physics, the way that we think about how we communicate as a species.

Second, that there is the algorithmic privileging of the most contentious information. And what do I mean by that?

Well, first of all, platforms are based on one core logic. They want to keep you on that platform to have ads served up to. 98% of Facebook's revenues come from advertising.

And this is not an emotional thing for them. It's a simple logic that underpins their commercial model, which is that by keeping you on the platform, they can make the most money.

And what keeps you on the platform? A good fight, controversy, misinformation, something that engages you. Think to yourself, when is the last time that you retweeted someone saying something bland? When is the last time that you answered to someone saying something hateful?

And that, in itself, is the problem, that our own reactions, are own instincts are weaponized against us. So quite often, our frustration and anger becomes part of the problem itself, giving the platform the message that it needs to hear– that something is controversial and, therefore, engaging and, therefore, keeps you on that platform and allows them to serve you ads.

And in that respect, these new rules of physics of the digital world, which is not just a channel, it's a new plane of human existence. The rules are fundamentally different to those of our offline world.

So the authorities that we used to look to are actually replaced by likes, retweets, and other types of social proof that something is worth listening to, that it's normal, that it's acceptable.

And in doing so, the normalization of anti-Semitism was almost inevitable, unless checked. How do we check this system? How do we check the culture that empowers this?

How do we check the systems that put this culture into place– Facebook, Twitter, YouTube, et cetera– but also the actors who've most effectively exploited that system.

Well, that was the question that we said to ourselves. And so CCDH looked at the architecture by which anti-Semitism, specifically, was being spread– whether it was on Facebook groups, where anti-Semites were commentating, or it was in other spaces where anti-Semites would target normal people and try to persuade them that maybe there was a problem with the Jews.

I mean, let's face it, George Soros– he does love those migrants. And they're coming over and their taking your jobs.

And it was that pernicious, sly, quite clever, and calculated misinformation that's being used to– to more broadly spread a creed that, at its core, is the old anti-Semitism that we're all too familiar with.

So it's the actors as well– and let's– let's look at what the problem is. The problem is that those actors are highly profitable for the social media companies.

I am a very boring person online. I have 2,500 followers and no one sits on Twitter to look at what I have to say. Whereas, some of the more notable anti-Semitic actors– and I refuse to say their names on any platform whatsoever, unless we're in–in the middle of a takedown.

But those individuals have massive followings. And they're often followed by people that disagree with them. And they're engaged with– with people that disagree with them.

And because the platforms don't give us timelines– they give us artificially generated lists of content prioritized by that which is most likely to keep us on the platform– they're seen by the most people.

We sought to change the way that, that system works. And we looked at the groups, we looked at the the individuals, and we looked at, as well, the news sites. And why are news sites im– important.

Well, the best examples of news sites in the anti-Semitism space are things like Electronic Intifada or The Canary, which are sites that purport to be news and are designed to look like news so they can be used by actors as proof points.

Because why? People very rarely say, I think the Jews are this. What they often say is, look at this article. I think there's some truth in this.

And so we have to find a way to deal with these very, very deliberately constructed proof points, these news sites that purported to be news but, in fact, were just racist misinformation repackaged for a new generation, for a– for a new environment.

And we– we– we thought, well, what are the weak points in each of these? The weak points in the news sites was that they're expensive to run, and so they relied on advertising. And again, big tech was only too happy to help them.

So whether it's Google Ads, one of the biggest funders of racial hatred news sites in the world– because what it does is it puts ads on those websites. And as eyeballs are driven there, the revenues go to both Google and the bad guys themselves.

Or it's Facebook, which profits from the presence of groups which are attractive and sticky, in their terminology, which keep people on platform and that contain this misinformation. We sought to create costs for those.

So in a very simple set of solutions– let's take, for example, the news sites. We put together a program called stop funding fake news. Now stop funding fake news is very simple. It puts up the headline, which is disgusting, and it puts up the advert for Sony, eBay, the University of Oxford next to it.

And we send it to those– to those brands and say, you sure you're happy for your advertising dollars to be going there? And in almost every single instance they said no.

And here's the power of that program. Within a couple of months, you can completely eviscerate the economic base of a website which has been manipulating big techs reluctance to stop making profits and to– and to take action against hate and misinformation where they see it.

They've been manipulating that to fund their own pernicious, malignant online activities. And we were able to disrupt that almost devastatingly effectively in a very short period of time.

Two examples being The Canary, that went down from 22 staff to one member of staff within a few months of us targeting it. The second being Voice of Europe, a far-right, nasty, little anti-Semitic, anti-black, anti-Muslim website set up in Europe and the Netherlands in fact.

It took us 10 weeks of targeting it before they had to put up a page saying– and they were the second most shared website in Europe after [INAUDIBLE] into the UK, something that had come up in CV and CT spaces. It took us 10 weeks for them to have to put up a page saying farewell, which was a gratifying experience.

The second is the actual social media companies themselves. How do you deal with them? And that is a really really, important question. And the social media companies are not going to listen to most of us.

In fact, they're very good at spinning the game. They have the most expensive PR, the mas– most expensive public affairs, the most expensive government affairs, they're hiring people hand over fist.

And we all know this from both the– the governments in the UK, the U.S., the civil service, et cetera. And they are able to push back against anything.

They're able to say, so what. When we do ask them what will you do about it, they say they will do certain things, but we know that they don't.

So what we did was we created a enormous reputational cost based on individual actors. And what we seek to do is create precedents. So whether it's David Icke, the nasty anti-Semite who we put out a report on a few months ago.

And within 24 hours, YouTube and Facebook had de-platformed him. His following went from 2 million to 60,000. The number of views on his videos went down from six– from 150,000 per video to 6,000 per video, even though he was putting up more than ever before.

And we know that de-platforming works, as a result, because we've also seen it in the counter-terrorism space– look at J.M. Berger's work in al-Shabaab for example.

And what we were able to do was create these precedents, whether it's Wiley, or David Icke, or the other malignant actors who we've targeted through the CCDH platform working with celebrities for example.

And the way that we do it is we choose a particular example. We show what these companies are willing to tolerate on their platforms. We can even do it with groups.

So let's take Truthers Against Zionist lobby. That had the worst anti-Semitism I've ever seen, like out right Nazi stuff. We took it to Facebook, and they said, sorry guys. We'll have to investigate. And we said, you've got 24 hours to investigate.

This is Rachel Reilly, the Jewish, British celebrity. And I went to Facebook and– and they said, we'll– we'll– we'll think about it. So Rachel tweeted it to her 700,000 followers. Within five days of her tweeting one image a day of what they were willing to tolerate, they took it down.

That's the thing– that actually targeted, intelligent exposure work, purposeful exposure work– not just saying, here's a big map. There's a bunch of anti-Semites out there.

But saying, this is what we can do. This is what they tolerate. And this is what we must deal with. They will move very fast.

They're Section 230, they're First Amendment, sort of, you know, excuses really for the main part, because they are private platforms that have the right to moderate their platforms as they wish. In fact, that's what Section 230 gives them the right to do.

They will exert that right if you give them the right stimulus. And we really are about teaching people the new tactics, the new rules of physics, the new rules of campaigning, the way to deal with digital, malignant actors, systems, and cultures.

We're doing that in both the UK where we started publicly– in fact, I filmed this on the 15th of September. Tomorrow is our first anniversary as an organization.

And in that first year I'm really proud of what we've achieved, because we're now– I'm speaking to you from Washington, D.C. Where we're here in the process of setting up our U.S. office.

We will be ensuring that there are means by which there are levers that we can pull when we see these malignant behaviors emerging online.

The digital world is not the online– not the offline world. It needs a new game plan. It needs us to understand that there are new rules of physics.

And CCDH is at the forefront of both explaining that, of helping to develop new tactics, new methodologies for dealing with it, but also for working with partners.

And we work with the CST in the UK, with the Holocaust Educational Trust in the U.S. with the ADL and others to ensure that we have the best tactics possible. In that fight, we know that there are lots of allies.

And I'm a great believer, as someone who comes from a Muslim family, that we can find allies in this fight from the most extraordinary places, whether it's the health industry that I'm working with at the moment on COVID disinformation– and that's what CCDH has been doing for the last six months– or it's by working with Muslim groups, with black groups, with whoever else.

Actually, this is about a system that is pernicious for all of us. And we're going to need to show some solidarity in doing so. And frankly, I think that's the best way that we fight hate anyway, by showing tolerance and solidarity against it. Thank you so much for listening to me today. And I'm really grateful for this opportunity of this State Department.

NITZAN TAMARI: My name is Nitzan Tamari. I'm the CMO of ActiveFence. ActiveFence identifies and tracks malicious activities online. And today, we'll talk about anti-Semitism below the surface, or new challenges in the digital hate space.

Our mission, like many of the atten– attendees of this conference, is that we strive to make the world a safer place. And we do that from the technology perspective. So we're focused on preventing online evil at scale.

We don't just focus on hate speech but actually a whole host of online ills, evils, and crimes, which makes us experts in what's going on in kind of the darkest corners, or underbelly, of the internet. And that's what we'll focus on today– so what's going on below the surface.

I think we're all familiar with the challenge of anti-Semitic content on the mainstream social media networks. And so, you know, estimates put it at hundreds of thousands or millions of tweets and posts per year.

You know, despite best kind of moderation efforts, AI classifiers, and human moderation, posts still get through. And– and this kind of content can still be found. But the story actually goes well beyond kind of that known phenomenon and to a whole host of other platforms.

And so, you know, many might be familiar with kind of the challenge of messaging platforms or gaming apps where encryption, and technology, or even just very quick growth makes it very hard to do moderation well.

And you know, even sophisticated teams at some of these companies have a kind identifying and classifying this type of content. And so we're seeing gatherings and content of this type being shared in the– in those platforms.

But that's not the worst of it because, in fact, there's kind of a whole host of free-speech networks which are against quote, unquote "censorship." And these include pl– platforms, they include

forums, groups, and– and gathering places where like-minded individuals can communicate with no threat of moderation.

So we know [INAUDIBLE] is an example of a more recent, you know, hosts of– of companies like this. And that's where, really, kind of a lot of this stuff is happening today.

And so when you leave a kind of white supremacists and other like-minded individuals unchecked to gather and congregate online in these type of platforms, you end up with a whole host of activities that are, basically, unchecked.

So that includes things like recruiting, which we're seeing examples here on– on local, and national, and global recruiting content, which would be caught very easily by some of the AI detection capabilities of– of the mainstream networks flowing freely throughout these type of platforms.

Violence, instigation to violence– you can see manifestos, kind of long rants like this one, you know, violent imagery kind of– really kind of inciting violence and, again, unchecked by any kind of moderation efforts.

Lots, you know– lots a– of paraphernalia and products being sold, sometimes to fund hate obviously, a huge challenge. And the problem is that this phenomenon is only getting worse.

And so what we can see here is that the monthly visits to free speech and privacy-oriented social networks has grown very significantly, from 10 million monthly visits just a couple of years ago to over 60 million– around 60 million today. And this is a challenge because the problem is only growing and getting worse every day.

Now we were asked to speak here not to just kind of talk about this vast, enormous challenge, but also kind of what can be done. And our approach at ActiveFence is really to take two kind of tactics.

I think the first is, like I said, a technology tactic where you really need access to some of these hidden groups, and forums, messaging apps at scale in order to monitor the problem.

And second, you need to apply, obviously, an intelligence and expertise to the challenge because that's what allows you to understand what's going on.

And so when you have these two things, it's really possible to understand this universe or this dark underbelly and also start to make a difference.

And we're very proud at ActiveFence that we've been able to actually make a significant difference, you know, in a number of dimensions. And so we'll talk about a couple of examples now.

The first is uncovering an operation to inflame racial tensions. And so we're all familiar that in– in December of last year, attacks were carried out by black Israelites against the Jewish community in New Jersey.

And what this did and what we started seeing kind of late last year is increased chatter in some of these places by white supremacists about trying to in– instigate or incite some kind of race war between blacks and Jews.

And very quickly, it turned into an actual operational plan where, in January, we saw groups organizing an entire campaign that involved fake black profiles, fake Jewish profiles, and a whole host of content that was very, very, very harsh– Jewish Lives Matter More, et cetera– and trying to, basically, turn blacks against Jews through these fake profiles and fake messages.

And we identified that content and very quickly sent it to the major social media platforms. And that allowed us to– to, basically, support halting the impact of this campaign and– and lowering the tensions. So that was one example that we're extremely proud of.

The second example is blurred given sensitivities but, essentially, and in some cases, we're also stopping dangerous individuals who have a real chance at instigating or– or carrying out violent attacks.

So in December, again, of last year, we watched a violent video uploaded to a telegram group dedicated to violence against Jews. But this one was extreme, even for that– that forum.

And we started thinking about kind of the individual associated with the upload. and saw him a couple of months later posting photos of themselves kind of in uniform talking about kind of the time has come, and alluding to violence, and– and– and aiming, you know– aiming to hurt Jews, and– and kind of continuously talking about kind of the time is coming.

And it may, what we were able to do is actually find, on another platform, an image of a tattoo that matched this individual and– and, basically, confirm and positively identify him.

And so once we have– had that identity, we were able to report him to authorities, who took kind of the necessary steps. And so so again, there are certain situations where understanding, you know, who an individual is who's hiding, can be very beneficial.

And then finally, you know, we are also tracking very closely the rise of– of neo-Nazi groups and– and new groups. So we saw kind of over the course of the spring and summer, you know, a violent neo-Nazi group meeting at a shooting range [INAUDIBLE] and– and kind of shooting range activities. You know and– and that was kind of a new behavior.

Second, a group that had been very well known but kind of, apparently, shut down, all of a sudden became– began circulating new violent videos kind of over the course of the summer. And that was kind of a big alert for– for law enforcement.

And then finally, kind of just some new national socialist acceleration organizations that emerge. So all of these can be tracked to better have a picture of the kind of online– online and offline universe and then also, kind of alerting authorities as needed.

So if I think about kind of the takeaways from ActiveFences' findings kind of on anti-Semitic content space, you know, obviously, the challenge is extremely large, extremely vast.

The space is vast. It's hidden. It's way beyond the mainstream networks. And it's evolving very, very quickly. So these new free-speech networks are popping up every second.

But our approach is, basically, to be on top of that. And if you take the right combination of technology and expertise, we're able to see what's below the surface at scale.

And that allows us to, basically, monitor and understand all of the trends, and the new approaches, and the new individuals, and– and content that's– that's emerging.

And with that visibility, it is possible to make a difference or at least a dent in anti–Semi– Semitism online. And so if anyone's interested in further the conversation about kind of our findings or our work, I'd be very happy to continue the conversation offline. Thanks so much.

MILICA PESIC: Hello. My name is Milica Pesic. I am Executive Director of Media Diversity Institute London-based organization, which operates globally. Thank you for having me at this event.

Thank you for giving me an opportunity to talk about this very, very important topic, particularly when we just learned from the latest study in the U.S. that 2/3 of young people in America actually are not aware of Holocaust, so a very, very timely topic.

I'll move to my next slide to share with you the tools we, in Media Diversity Institute, use to actually tackle anti-Semitism. So one of the tools we use is what we call, actually, educational videos.

And we use them to raise awareness of anti-Semitism tropes and narratives, which are frequently used, sometimes out of ignorance and sometimes strategically to spread anti-Semitism.

These kinds of videos we use mainly in primary schools for the time being, only in Britain– hoping to use them in other parts of Europe.

And we use them particularly to respond to what is– what we are finding on– on TikTok, one of the latest platforms very, very popular among young people– because we work mainly, through this program, with youth.

And as you know, TikTok was invented to actually help young people just post video themselves and post silly little videos about themselves. But it– it had been turning into– has been turning into quite a political kind of videos very often.

And you can see in one of the videos here–

[VIDEO PLAYBACK]

[MUSIC PLAYING]

(SINGING)

Nobody want to see us together but it don't matter, no. 'Cause I got you–

[END VIDEO PLAYBACK]

So as you can see, they're combining, in this TikTok, George Soros, Black Lives Matters, Antifa, Clinton Foundation– suggesting, you know, that they're working together, so suggesting anti-Semitic kind of messages.

And then we responded, as I said, with the video below.

[VIDEO PLAYBACK]

[MUSIC PLAYING]

[END VIDEO PLAYBACK]

I just wanted to give you an impression how– about this video, we cannot watch it right now.

So the– the next, actually, slide shows you another tools we– tool we use for monitoring the media– conventional and social media– looking for critical analysis or making critical analysis of the content in those media and how this content deals with anti– with– with anti-Semitism.

We have two sections on the website of our Get the Trolls Out project under the common title Trollbusters. One section is Monthly Roundup, meaning that when we monitor the– the media content across Europe, then we do a little summary.

And we call it Monthly Roundup. You can see it on the right. And you know, you can see it on our website.

The other is called Dig– Dig Deeper. And as the word says, it– we go into much in depth kind of analysis on trends or narratives that we have noticed in that particular month.

We have huge engagement with these tools, with these segments on our website. In case of Dig Deeper– 50%. In case of Monthly Roundup– almost 90%. So they're very popular among young people we– we work with.

The next tool we use is what we call resource section, which is attractive to young people, written in a way they can access [INAUDIBLE] to help them navigate anti-religious hate when they encounter it.

One of the tools or– yeah, tools in this segment is Fantastic Trolls and where to find them. It's a guide simply to responding to hate.

Over, for instance, the last three months, there were more than 104– 1,400 views– visits on our website just looking for this particular guide. And if you click– if I click on this, you'll see on our website what's there.

The next tool we use in– in our work are campaigns. And I'll just show one of them, which was quite successful– Game of Trolls, a campaign actually launched for the series final Game of Thrones, in cooperation with Facebook.

Facebook provided the creative agency to develop campaign based on our own experience encountering hate online. We developed campaign concept, but we also trained– trained up eight positive trolls, what we call good trolls, to be ready on standby to counter and respond to hate when the campaign was launched.

On the right side, actually, you can see one of the videos produced to fight hate. And I just want to mention here– as you can see below– we reached 1 million people in the UK and more than 25,000 people got engaged. in, you know, communication about this video.

Before you see the video, I just want to mention some of the lessons learned through this campaign– how aggressive men where during this campaign and also that it's quite a difficult to nudge opinions and mindsets, in particularly, with people who react ineffective way, not cognitive way.

But this is something we've been dealing through other projects. And we– we are aware of that problem. I'd like you to see a bit– a piece of this video on the right.

[VIDEO PLAYBACK]

[DRAMATIC MUSIC]

[PHONE BUZZES]

[DRAMATIC MUSIC]

[END VIDEO PLAYBACK]

Another tool we use is explainer videos. And they are more for people outside of schools, for youngsters outside schools.

And these are kind of videos which help us explain more– in more details what we found when monitoring the media, with social media or– or conventional media.

There are two examples here. One is– is based, actually– inspired by the popular YouTube channel Cinema Scenes. The other one is on the top. The other one Inspector Hate Speech.

It's a– both of them are videos, which we use to– to debunk what we find through media monitoring. They are youth-friendly. We assume they're fun enough to watch. And they're quite popular.

What we have found by using this explainer videos is that those– those kind of videos work better with young people if there is more visuals in them. But sometimes it's hard to eliminate text because of the complexity of the issues. I'll show you the top video, which has more text.

[VIDEO PLAYBACK]

[MUSIC PLAYING]

[END VIDEO PLAYBACK]

I'd like you to see Inspector Hate Speech because it has much more visual.

[VIDEO PLAYBACK]

[MUSIC PLAYING]

[END VIDEO PLAYBACK]

The next tool I want to share with you is a QAnon report we recently produced through Get the Trolls Out partners and team. It's a report on the right-wing, anti-Semitic conspiracy theory QAnon, which started in America, and has been spread across Europe, and broader than that.

This report contains a variety of resources to summarize our findings in a more kind of digestible way for young people in particularly. We've had over the last couple of weeks almost 6,000 views of QAnon video.

We produced a little video to– to explain QAnon report and more than 23,000 reach. I'd like you to– to see this video, which presents a QAnon report. We are very proud to say that this report has been shared with most of– most popular social media platforms.

And Thanks to this report, some social media platforms have changed their policies. So this is quite a– a significant outcome so far in our work. I'd like you to see now a bit of this video.

[VIDEO PLAYBACK]

[MUSIC PLAYING]

[END VIDEO PLAYBACK]

Another tool we use– these cartoons. And as I already mentioned earlier, different tools work differently on different platforms. So this one particularly works well with Instagram.

So we use three images and, you know, and then text, you know, dialogues, which explain the– the story. On the day we posted this cartoon, within like one hour– 64 likes, which we think it's good for the first hour.

Another tool we knew was these what we call complaints. And it's, basically, complaining to media, conventional or– or– social media. The case, you can see on the right side, is a complaint to Metro– a free paper, a London free paper– because of the headlines they use when talking about one particular religious group.

In Europe, we– we– we had this legally legitimate reasons to complain to either regulators set up by the government or self-regulators set up by the media.

For instance, in Britain, one of self-regulator– what is called IPSO. They– if– if I'm personally insulted because of my religious beliefs, I can complain to them– because some media did that to me.

But if my religious group is insulted, I can't complain because, according to the ethical code, the groups are not relevant. And our complaints over the two– last two years to newspapers out of 125, 52 were successful complaints, which is not a bad result.

I want to– to end by talking about challenges. In particularly, social media platforms and their audiences are changing rapidly. So we have to adopt and find the right ways and right tools to– to approach, to be appealing to young people across different platforms.

When we started this program five years ago, we were using podcasts. Then we started using memes. Then we realized that young people are not very keen on sharing memes.

So we started experimenting with other kinds of tools, such as Carousel, particularly after recent killing of George Floyd, Carousel's sweeping infographics, especially on Instagram, be– became quite popular.

So we will be– we have been using Carousel's and we are reaching much higher percentage of the audience. We have much higher engagement rate with them since we started– with young people– since we started using Carousels.

And we are going to use those Carousels for– to share them on Facebook and Twitter. That's what I wanted to share with you. I want to thank you for giving me, once more, opportunity to– to share our experience with you.

It's not easy. And I'm sure that the other speakers will– will talk also about how uneasy it is to deal with these issues, but we have to deal with it. Thank you for listening to me.

[MUSIC PLAYING]

**TAGS**

Anti-Semitism     Office of the Special Envoy To Monitor and Combat Anti-Semitism