UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
IMRAN AHMED,                                                           :
                                                                       :
           Plaintiff,                                              :
                                                                       :
     -against-                                                        :
                                                                       :
MARCO RUBIO, in his official capacity as Secretary of                  :
State, SARAH B. ROGERS, in her official capacity as                    :
Under Secretary of State for Public Diplomacy, PAMELA                  :   Case No. 25-CV-10705
BONDI, in her official capacity as Attorney General,                   :
KRISTI NOEM, in her official capacity as Secretary of                  :
Homeland Security, TODD M. LYONS, in his official                      :
capacity as Acting Director of U.S. Immigration and                    :
Customs Enforcement; JUDITH ALMODOVAR, in her                          :
official capacity as Acting Field Office Director of the               :
New York Immigration and Customs Enforcement Office,                   :
                                                                       :
           Defendants.                                             :
                                                                       :
------------------------------------------------------------------------ X

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

     PLEASE TAKE NOTICE that Christopher J. Clark, a member of this Court in good standing, hereby enters an appearance in this case as counsel for Plaintiff Imran Ahmed.


Dated: New York, New York
       December 29, 2025                         Respectfully submitted,


                                                      By:  */s/ Christopher J. Clark*
                                                             Christopher J. Clark
                                                             CLARK SMITH VILLAZOR LLP
                                                             666 Third Avenue, 21st Floor
                                                              New York, NY 10017
                                                              (212) 377-0850
                                                              clark@csvllp.com

                                                             *Counsel for Plaintiff Imran Ahmed*