UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
IMRAN AHMED,                                             :
                                                         :
                        Plaintiff,                       :
                                                         :                 25-CV-10705
            -against-                                    :
                                                         :                    **ORDER**
MARCO RUBIO, in his official capacity as                 :
Secretary of State, SARAH B. ROGERS, in                  :
her official capacity as Under Secretary of              :
State for Public Diplomacy, PAMELA BONDI,:
in her official capacity as Attorney General,            :
KRISTI NOEM, in her official capacity as                 :
Secretary of Homeland Security, TODD M.                  :
LYONS, in his official capacity as Acting                :
Director of U.S. Immigration and Customs                 :
Enforcement; JUDITH ALMODOVAR, in her                    :
official capacity as Acting Field Office                 :
Director of the New York Immigration and                 :
Customs Enforcement Office,                              :
                        Defendants                       :
                                                         :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    I am in receipt of Plaintiff Imran Ahmed's Complaint, (Doc. 1), and Memorandum of Law in Support of a Temporary Restraining Order and a Preliminary Injunction, (Doc. 10).

Upon review, it is hereby ORDERED:

1. Plaintiff's motion for a temporary restraining order is granted;

2. Defendants are enjoined from arresting or detaining the Plaintiff pending further order of the Court;

3. If Defendants have taken Plaintiff into custody they are enjoined from transferring the Plaintiff from the jurisdiction of this District pending further ruling of the Court;

4. Should Defendants seek to arrest, detain, or transfer Plaintiff on any asserted basis other than pursuing his removal under 8 U.S.C. § 1227(a)(4)(C) pending the Court's decision on a preliminary injunction, Defendants shall provide sufficient advance

    notice to the Court and counsel to enable Plaintiff an opportunity to be heard regarding whether any such asserted basis for detention violates Plaintiff's rights under the First Amendment or the Fifth Amendment, or otherwise applicable law;

5. The parties shall attend an initial telephonic case conference on Monday, December 29, 2025 at 4:30 p.m. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID. The parties should be prepared to address venue, this Court's jurisdiction to hear this case, including how long Plaintiff intends to be in New York, and what steps Defendants have taken to impose visa restrictions and initiate removal proceedings against Plaintiff and others pursuant to the same or similar State Department sanction(s). The parties should also be prepared to discuss the schedule for briefing during the telephonic conference;

6. The bond requirement of Federal Rule of Civil Procedure 65(c) is waived.

SO ORDERED.

Dated:    December 25, 2025
            New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge