UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMRAN AHMED,

                    Plaintiff,

-against-                                    No. 25-CV-10705 (LAP)

MARCO RUBIO, in his official                 ORDER OF CONFERENCE
capacity as Secretary of State,
et al.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

     The teleconference scheduled for today at 4:30 PM is

adjourned.

     The parties shall appear for a conference on January 5,

2026, at 10:00 AM, in Courtroom 12A of 500 Pearl Street, New

York, New York, for a conference.  The parties should be

prepared to address venue, this Court's jurisdiction to hear

this case, including how long Plaintiff intends to be in New

York, and what steps Defendants have taken to impose visa

restrictions and initiate removal proceedings against Plaintiff

and others pursuant to the same or similar State Department

sanctions.  The parties should also be prepared to discuss the

schedule for briefing during the conference.

     The Temporary Restraining Order previously granted by this

Court remains in effect.  (See dkt. no. 14.)

**SO ORDERED.**

Dated:     December 29, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge