AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Imran Ahmed<br><br>*Plaintiff(s)*<br>v.<br>In their official capacities: Marco Rubio; Sarah B. Rogers, Pamela Bondi; Kristi Noem; Todd M. Lyons; Judith Almodovar<br><br>*Defendant(s)* | Civil Action No. 25-CV-10705 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached rider.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: See attached rider.

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/30/2025                                                       /s/ P. Canales

                                                                          *Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-CV-10705

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMRAN AHMED,<br><br>　　　　　　　*Plaintiff*,<br><br>　　　　v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy, PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br><br>　　　　　　　*Defendants*. | Case No. 25-CV-10705 |

## RIDER TO REQUEST FOR ISSUANCE OF SUMMONS

**Defendants:**

Marco Rubio, in his official capacity as Secretary of State, United States Department of State, 2201 C Street, NW, Washington, D.C. 20520

Sarah B. Rogers, in her official capacity as Under Secretary of State for Public Diplomacy, 2201 C Street, NW, Washington, D.C. 20520.

Pamela Bondi, in her official capacity as Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

Kristi Noem, in her official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr. Ave. SE, Washington, D.C. 20528-0485

Todd M. Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, D.C. 20536-5900

Judith Almodovar, in her official capacity as Acting Field Office Director of the New York

1

Immigration and Customs Enforcement Office, New York ICE Field Office Director, 26 Federal Plaza, New York, New York 10278

**Plaintiff's Attorneys' Firm Name, Address and Telephone Number:**

Roberta A. Kaplan, D. Brandon Trice, Maximilian Crema, Michael P. Quinn, Avita Anand, Kaplan Martin LLP, 1133 Avenue of the Americas, Suite 1500, New York, New York, 10036, 212-316-9500.

Norman L. Eisen, Stephen A. Jonas, Democracy Defenders Fund, 600 Pennsylvania Ave SE, Unit 15180, Washington, D.C. 20003.

Christopher J. Clark, Andrew J. Rodgers, Clark Smith Villazor LLP, 666 Third Avenue, 21st Floor, New York, New York 10017, 212-377-0850.

Jesse M. Bless, Bless Litigation LLC, 6 Vineyard Ln, Georgetown, Massachusetts 01833.