**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IMRAN AHMED,<br><br>     *Plaintiff,*<br><br>     v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy, PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br><br>     *Defendants.* | Case No. 25 Civ. <u>10705</u><br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Stephen A. Jonas, being duly sworn, hereby depose and say as follows:

1. I am an attorney with Democracy Defenders Fund, located at 600 Pennsylvania Avenue SE #15180, Washington, D.C. 20003.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. I am in good standing in the bar of DC and Massachusetts. Certificates of Good Standing are annexed hereto.

4. I have not been convicted of a felony.

5. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently pending against me in any state or federal court.

7. I am familiar with the Local Rules of the Southern District of New York, the New York State Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and all other rules relevant to practice in this Court.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this case for Plaintiff, Imran Ahmed.

Respectfully Submitted,

*Stephen Allen Jonas*

Stephen A. Jonas, MA Bar No. 542005
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
steve@democracydefenders.org

STATE OF ___Texas___
COUNTY OF ___Collin___

Subscribed and sworn to before me this ___5th___ day of ___January___, ___2026___ by Stephen A. Jonas, who is personally known to me or who has produced ___DRIVER LICENSE___ as identification.

ELECTRONIC NOTARY PUBLIC

Notary Public
My Commission Expires: ___11/05/2028___ Dated: ___01/05/2026___

Quanshetia Henry

ID NUMBER
13515752-2
COMMISSION EXPIRES
November 5, 2028

Electronically signed and notarized online using the Proof platform.