**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IMRAN AHMED,

*Plaintiff*,

v.

MARCO RUBIO, in his official capacity as Secretary of
State, SARAH B. ROGERS, in her official capacity as
Under Secretary of State for Public Diplomacy, PAMELA
BONDI, in her official capacity as Attorney General,
KRISTI NOEM, in her official capacity as Secretary of
Homeland Security, TODD M. LYONS, in his official
capacity as Acting Director of U.S. Immigration and
Customs Enforcement, and JUDITH ALMODOVAR, in
her official capacity as Acting Field Office Director of
the New York Immigration and Customs Enforcement
Office.

*Defendants*.

Case No. 25 Civ. 10705 (LAP)

---

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Zahraa N. Jazayeri, being duly sworn, hereby depose and state as follows:

1. I am an attorney with Kaplan Martin LLP, located at 1133 Avenue of the Americas, Suite 1500, New York, New York 10036.

2. I submit this affidavit in support of my Motion to Appear Pro Hac Vice in the above-captioned matter.

3. I am in good standing in the bar of Illinois. Certificate of Good Standing is annexed hereto.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

7. I am familiar with the Local Rules of the Southern District of New York, the New York State Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and all other rules relevant to practice in this Court.

8. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

9. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this case for Plaintiff, Imran Ahmed.

Dated: January 6, 2026
New York, New York

Respectfully Submitted,

Zahraa N. Jazayeri, IL Bar No. 6342527
KAPLAN MARTIN LLP
1133 Avenue of the Americas,
Suite 1500
New York, New York 10036
(212) 316-9500
zjazayeri@kaplanmartin.com

STATE OF _New York_
COUNTY OF _New York_

Subscribed and sworn to before me this _6th_ day of _January_, _2026_ by Zahraa N. Jazayeri, who is personally known to me or who has produced _____ as identification.

_____
Notary Public
My Commission Expires: _Nov. 6, 2028_ Dated: _Jan. 6, 2026_

LILY R. IMAI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01IM0030667
Qualified in New York County
Commission Expires November 6, 2028