**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IMRAN AHMED,

          *Plaintiff,*

      v.

MARCO RUBIO, in his official capacity as Secretary of State, SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy, PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,

          *Defendants*.

Case No. 25 Civ. <u>10705</u>

**[Proposed] ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

The oral motion of Norman L. Eisen, for admission to appear pro hac vice on behalf of Plaintiff, Imran Ahmed, in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bars of Maryland and DC; and that his contact information is as follows:

Norman L. Eisen, MD Bar No. 9460
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
[norman@democracydefenders.org](mailto:norman@democracydefenders.org)

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Imran Ahmed in the above captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.


Dated: _____                      _____

United States District Judge Loretta A. Preska