UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMRAN AHMED,

*Plaintiff,*

v.

MARCO RUBIO, in his official capacity as Secretary of
State, SARAH B. ROGERS, in her official capacity as
Under Secretary of State for Public Diplomacy, PAMELA
BONDI, in her official capacity as Attorney General,
KRISTI NOEM, in her official capacity as Secretary of
Homeland Security, TODD M. LYONS, in his official
capacity as Acting Director of U.S. Immigration and
Customs Enforcement; JUDITH ALMODOVAR, in her
official capacity as Acting Field Office Director of the
New York Immigration and Customs Enforcement Office,

*Defendants.*

Case No. 25 Civ. 10705

~~[Proposed]~~ ORDER
ON MOTION FOR
ADMISSION
PRO HAC VICE

The oral motion of Norman L. Eisen, for admission to appear pro hac vice on behalf of

Plaintiff, Imran Ahmed, in the above-captioned action is granted. Applicant has declared

that he is a member in good standing of the bars of Maryland and DC; and that his contact

information is as follows:

Norman L. Eisen, MD Bar No. 9460
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
norman@democracydefenders.org

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Imran

Ahmed in the above captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the

above-captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.

Dated: Jan. 7, 2026

_____

United States District Judge Loretta A. Preska