**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IMRAN AHMED,

*Plaintiff*,

v.

MARCO RUBIO, in his official capacity as Secretary of State, SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy, PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,

*Defendants*.

Case No. 25 Civ. 10705 (LAP)

## CERTIFICATE OF SERVICE

I, Maximilian T. Crema, affirm that on December 30, 2025, the Summons in a Civil Action, Rider to Request for Issuance of Summons, and Complaint in the above-captioned action were mailed by certified mail to:

MARCO RUBIO, in his official capacity as Secretary of State, United States Department of State; at 2201 C Street, NW, Washington, D.C. 20520.

SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy; at 2201 C Street, NW, Washington, D.C. 20520.

PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice; at 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security, Office of the General Counsel; at 2707 Martin Luther King Jr. Ave. SE, Washington, D.C. 20528-0485.

TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, ICE, Office of the Principal Legal Advisor; at 500 12th St. SW, Mail Stop 5900, Washington, D.C. 20536-5900.

1

JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office; at 26 Federal Plaza, New York, New York 10278.

I further affirm that on the same day, the above-referenced documents were mailed to the U.S. Attorney's Office for the Southern District of New York at 86 Chambers Street, 3rd Floor, New York, NY 10007.

I further affirm that on the same day, Christine Poscablo, Deputy Chief, Civil Division, U.S. Attorney's Office for the Southern District of New York, agreed to accept service of the above-referenced documents via email on behalf of the U.S. Attorney's Office for the Southern District of New York, and was provided with the same by email on that day.


Executed on:    January 9, 2026
                New York, New York


_____
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas,
Suite 1500
New York, New York 10036
(212) 316-9500
mcrema@kaplanmartin.com

2