AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York    ▼

| | | |
|---|---|---|
| Imran Ahmed | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25 Civ. 10705 (LAP) |
| Marco Rubio et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                          .

Date:    01/16/2026

/s/ Danielle Marryshow
*Attorney's signature*

AUSA Danielle J. Marryshow
*Printed name and bar number*
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

*Address*

danielle.marryshow@usdoj.gov
*E-mail address*

(212) 637-2689
*Telephone number*

(212) 637-2750
*FAX number*