AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Imran Ahmed | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25 Civ. 10705 (LAP) |
| Marco Rubio et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all respondents                                                                                          .

Date:     01/16/2026

/s/ Dana Walsh Kumar
*Attorney's signature*

Dana Walsh Kumar
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers Street, Third Floor
New York, NY 10007

*Address*

dana.walsh.kumar@usdoj.gov
*E-mail address*

(212) 637-2741
*Telephone number*

(212) 637-2702
*FAX number*