# EXHIBIT A

 Outlook

FW: Ahmed v. Rubio et al., No. 25 Civ. 10705

**From:** Waterman, Brandon (USANYS) <Brandon.Waterman@usdoj.gov>
**Sent:** Thursday, January 8, 2026 10:34 PM
**To:** Maximilian Crema <mcrema@kaplanmartin.com>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>; Poscablo, Christine (USANYS) <Christine.Poscablo@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Roberta Kaplan <RKaplan@kaplanmartin.com>; D. Brandon Trice <btrice@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Norman Eisen <norman@democracydefenders.org>; Steve Jonas <steve@democracydefenders.org>
**Subject:** RE: Ahmed v. Rubio et al., No. 25 Civ. 10705

> **EXTERNAL MESSAGE:** Use caution when opening attachments, clicking links or responding.

Thank you, Max.  No objection to filing the stipulation.

Thanks again,
Brandon

**From:** Maximilian Crema <mcrema@kaplanmartin.com>
**Sent:** Thursday, January 8, 2026 8:43 PM
**To:** Waterman, Brandon (USANYS) <Brandon.Waterman@usdoj.gov>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>; Poscablo, Christine (USANYS) <Christine.Poscablo@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Roberta Kaplan <RKaplan@kaplanmartin.com>; D. Brandon Trice <btrice@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Norman Eisen <norman@democracydefenders.org>; Steve Jonas <steve@democracydefenders.org>
**Subject:** [EXTERNAL] RE: Ahmed v. Rubio et al., No. 25 Civ. 10705

Brandon,

Thanks for the response.  In the interest of moving things along, we accepted your edits to the stipulation.  Our managing clerk asked us to add one final line, which reads in its entirety: "A facsimile or scanned copy of this stipulation will be considered the same as an original and may be filed with the court electronically."  We will go ahead and get this on file tomorrow morning shortly after 9 am absent objection.

We reserve all rights with respect to Mr. Ahmed's travel and the administrative record.

Best,
Max

**Max Crema | Kaplan Martin LLP**
Associate

1133 Avenue of the Americas | Suite 1500

New York, New York 10036

W: (212) 316-9500 | M: (917) 929-0332

mcrema@kaplanmartin.com

---

**From:** Waterman, Brandon (USANYS) <Brandon.Waterman@usdoj.gov>
**Sent:** Thursday, January 8, 2026 3:50 PM
**To:** Maximilian Crema <mcrema@kaplanmartin.com>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>; Poscablo, Christine (USANYS) <Christine.Poscablo@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Roberta Kaplan <RKaplan@kaplanmartin.com>; D. Brandon Trice <btrice@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Norman Eisen <norman@democracydefenders.org>; Steve Jonas <steve@democracydefenders.org>
**Subject:** RE: Ahmed v. Rubio et al., No. 25 Civ. 10705

> **EXTERNAL MESSAGE:** Use caution when opening attachments, clicking links or responding.

Hi Max,

Thank you for following up and for drafting the stipulation. I've made a few edits, the main edit being to paragraph 1 to align it with what the government has agreed to (which is to extend the TRO until the parties and the court address the OSC/MTD). As for your separate request about a record or discovery, that is premature at this time.

Thanks again,
Brandon

---

**From:** Maximilian Crema <mcrema@kaplanmartin.com>
**Sent:** Thursday, January 8, 2026 3:14 PM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>; Poscablo, Christine (USANYS) <Christine.Poscablo@usdoj.gov>; Waterman, Brandon (USANYS) <Brandon.Waterman@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Roberta Kaplan <RKaplan@kaplanmartin.com>; D. Brandon Trice <btrice@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Norman Eisen <norman@democracydefenders.org>; Steve Jonas <steve@democracydefenders.org>
**Subject:** [EXTERNAL] RE: Ahmed v. Rubio et al., No. 25 Civ. 10705

Counsel,

Following up on the below. We feel it is important to send the schedule to Judge Preska this week given that the conference was on Monday. While we would prefer to agree on a stipulation, we will proceed unilaterally if we don't hear from you.

Best,
Max

**Max Crema | Kaplan Martin LLP**
Associate
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
W: (212) 316-9500 | M: (917) 929-0332
mcrema@kaplanmartin.com

---

**From:** Maximilian Crema
**Sent:** Wednesday, January 7, 2026 12:58 PM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>; Poscablo, Christine (USANYS) <Christine.Poscablo@usdoj.gov>; brandon.waterman@usdoj.gov; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Roberta Kaplan <RKaplan@kaplanmartin.com>; D. Brandon Trice <btrice@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Norman Eisen <norman@democracydefenders.org>; Steve Jonas <steve@democracydefenders.org>
**Subject:** RE: Ahmed v. Rubio et al., No. 25 Civ. 10705

Counsel,

We ask that you let us know when Defendants expect to be in a position to provide comments on the scheduling stipulation. We would like to file the stipulation today, if possible.

Best,
Max

**Max Crema | Kaplan Martin LLP**
Associate
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
W: (212) 316-9500 | M: (917) 929-0332
mcrema@kaplanmartin.com

---

**From:** Maximilian Crema
**Sent:** Tuesday, January 6, 2026 1:50 PM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>; 'Poscablo, Christine (USANYS)' <Christine.Poscablo@usdoj.gov>; 'brandon.waterman@usdoj.gov' <brandon.waterman@usdoj.gov>; Armand, Pierre (USANYS) <Pierre.Armand@usdoj.gov>
**Cc:** Roberta Kaplan <RKaplan@kaplanmartin.com>; D. Brandon Trice <btrice@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Norman Eisen <norman@democracydefenders.org>; Steve Jonas <steve@democracydefenders.org>
**Subject:** Ahmed v. Rubio et al., No. 25 Civ. 10705

Counsel,

Attached is a draft stipulation and proposed order memorializing the discussion during yesterday's conference with Judge Preska.  We note that the proposed stipulation clarifies that the scope of the injunction permits Mr. Ahmed to travel internationally, without fear of apprehension or arrest.

Additionally, to start discovery, we ask that you advise when the government anticipates producing the administrative record underlying the government's decision to "sanction" Mr. Ahmed.  Based on the statutory authorities the government has invoked, we expect that the administrative record will include, at a minimum:

1. any Reports of Analysis ("ROA") or equivalent investigative memoranda prepared by Homeland Security Investigations concerning Mr. Ahmed;
2. any internal DHS memoranda, analyses, or determinations reviewing or approving such ROA;
3. any referral, transmittal, or recommendation letters from DHS to the Department of State regarding Mr. Ahmed;
4. all internal State Department memoranda, analyses, recommendations, or briefing materials addressing potential visa revocation, inadmissibility, or sanctions under INA §§ 212(a)(3)(C), 221(i), or related provisions, including but not limited to such materials addressing Mr. Ahmed;
5. any written or formal policies, guidance, memoranda, or operating procedures in effect during the relevant period addressing potential deportability, inadmissibility, or sanctions under INA § 237(a)(4)(C), including the applicable criteria for finding a non-citizen deportable based on "potentially serious adverse foreign policy consequences";
6. any State Department communications—whether transmitted internally or externally, including directives, notices, or updates—bearing on screening, revocation, or interagency coordination relevant to the § 237(a)(4)(C) determination concerning Mr. Ahmed;
7. any written determination, approval, or decision by the Secretary of State regarding Mr. Ahmed;
8. any communications transmitting or implementing that decision to DHS, ICE, or HIS; and
9. any documentation reflecting compliance with statutory congressional notification requirements, including notices identifying Mr. Ahmed and setting forth the reasons for the determination.

Given the government's decision to proceed with "sanctions" against our client over the holiday period, we expect that these materials should already exist and be readily available, and should be produced to us no later than one week prior to the government's deadline to respond to the Order to Show Case, or January 23.

Best,
Max

**Max Crema | Kaplan Martin LLP**
Associate
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
W: (212) 316-9500 | M: (917) 929-0332
[mcrema@kaplanmartin.com](mailto:mcrema@kaplanmartin.com)

Kaplan Martin LLP Confidentiality Notice: This message contains confidential information and is intended solely for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system.