UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IMRAN AHMED,

                Plaintiff,

       -against-

MARCO RUBIO, in his official capacity as Secretary of State, SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy, PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,

                Defendants.
------------------------------------------------------------------------X

Case No. 25-CV-10705

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

      PLEASE TAKE NOTICE that Michelle E. Lee, a member of this Court in good standing, hereby enters an appearance in this case as counsel for Plaintiff Imran Ahmed.

Dated: New York, New York
       January 23, 2026

                                                     Respectfully submitted,

                                            By:  */s/Michelle E. Lee*
                                                    Michelle E. Lee
                                                    CLARK SMITH VILLAZOR LLP
                                                    666 Third Avenue, 21st Floor
                                                    New York, NY 10017
                                                    (212) 377-0850
                                                    michelle.lee@csvllp.com

                                                   *Counsel for Plaintiff Imran Ahmed*