UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMRAN AHMED,<br><br>                    *Plaintiff*,<br><br>                    v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy, PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br><br>                  *Defendants*. | Case No. 25 Civ. 10705 (LAP) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on December 24, 2025, Plaintiff filed a Complaint, ECF 1, and Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, ECF 8;

WHEREAS, on December 25, 2025, the Court entered a Temporary Restraining Order ("TRO") which, among other things, enjoined Defendants from arresting or detaining Plaintiff pending further order of the Court, ECF 14;

WHEREAS, on January 5, 2026, counsel for the parties to the above-captioned action appeared before the Court for an Interim Pretrial Conference;

WHEREAS, during that conference, counsel for Defendants consented to an extension of the TRO such that the TRO shall remain in full force and effect during the pendency of Plaintiff's Order to Show Cause;

WHEREAS, on January 9, 2026, the parties stipulated to a briefing schedule for Plaintiff's Order to Show Cause and Defendants' anticipated Motion to Dismiss, ECF 24, and on January 13, 2026, the Court adopted the parties' schedule, ECF 26; and

WHEREAS, Plaintiff intends to file an Amended Complaint based on subsequent developments and the parties agreed to the following revised briefing schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties that:

1. The TRO entered on December 25, 2025, ECF 14, is extended by consent and shall remain in full force and effect during the pendency of Plaintiff's Order to Show Cause in this Court.

2. Plaintiff shall file his First Amended Complaint by February 13, 2026.

3. Plaintiff's Order to Show Cause, ECF 8, and papers in support thereof, ECF 9, 10, 11, will remain operative and applicable following the filing of the First

Amended Complaint.

4. Defendants shall file any opposition to the Order to Show Cause and any motion to dismiss by March 13, 2026.

5. Plaintiff shall file his reply in further support of the Order to Show Cause and his opposition to Defendants' motion to dismiss by April 10, 2026. In that reply, Plaintiff will not be limited to responding only to the arguments made by the Defendants in their opposition to Plaintiff's Order to Show Cause.

6. Defendants shall file their reply in further support of their motion to dismiss by April 22, 2026.

7. A facsimile or scanned copy of this stipulation will be considered the same as an original and may be filed with the court electronically.

Dated:      January 27, 2026
            New York, New York

| | |
|---|---|
| /s/ Roberta A. Kaplan | JAY CLAYTON |
| Roberta A. Kaplan | United States Attorney for the |
| D. Brandon Trice | Southern District of New York |
| Maximilian T. Crema | |
| Avita Anand                                    By: | /s/ Danielle J. Marryshow |
| KAPLAN MARTIN LLP | DANA WALSH KUMAR |
| 1133 Avenue of the Americas \| Suite 1500 | DANIELLE J. MARRYSHOW |
| New York, NY 10036 | Assistant United States Attorneys |
| Tel.: (212) 316-9500 | Tel: (212) 637-2741/2689 |
| rkaplan@kaplanmartin.com | dana.walsh.kumar@usdoj.gov |
| btrice@kaplanmartin.com | danielle.marryshow@usdoj.gov |
| mcrema@kaplanmartin.com | |
| aanand@kaplanmartin.com | *Attorneys for Defendants* |

*/s/ Christopher J. Clark*
Christopher J. Clark
Andrew J. Rodgers
CLARK SMITH VILLAZOR LLP
666 Third Avenue, 21st Floor
New York, NY 10019
Tel: (212) 377-0850
clark@csvllp.com
andrew.rodgers@csvllp.com


*/s/ Norman Eisen*
NORMAN EISEN**
STEPHEN JONAS**
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
norman@democracydefenders.org

*** pro hac vice*

*Attorneys for Plaintiff Imran Ahmed*


**IT IS SO ORDERED.**



_____
Hon. Loretta A. Preska
United States District Judge

Dated: January __, 2026