**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IMRAN AHMED,<br><br>        *Plaintiff,*<br><br>        v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy, PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office.<br>        *Defendants*. | Case No. 25 Civ. 10705 (LAP)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Zahraa N. Jazayeri, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Imran Ahmed in the above-captioned action. I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  January 6, 2026
      New York, New York

                        Respectfully Submitted,

                        *Zahraa N. Jazayeri*
                  Zahraa N. Jazayeri, IL Bar No. 6342527
                      KAPLAN MARTIN LLP
                  1133 Avenue of the Americas,
                              Suite 1500
                   New York, New York 10036
                         (212) 316-9500
                   zjazayeri@kaplanmartin.com