**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IMRAN AHMED,<br><br>　　　　　　　　　*Plaintiff*,<br><br>　　　　　　　　　v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy, PAMELA BONDI, in her official capacity as Attorney General, KRISTI NOEM, in her official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office.<br><br>　　　　　　　　　*Defendants*. | Case No. 25 Civ. 10705 (LAP)<br><br> **ORDER ON MOTION FOR ADMISSION PRO HAC VICE** |

The motion of Zahraa N. Jazayeri, for admission to appear Pro Hac Vice on behalf of

Plaintiff, Imran Ahmed, in the above-captioned action is granted.  Applicant has

declared that she is a member in good standing of the bar of the state of Illinois; and

that her contact information is as follows:

> Zahraa N. Jazayeri, IL Bar No. 6342527
> KAPLAN MARTIN LLP
> 1133 Avenue of the Americas,
> Suite 1500
> New York, New York 10036
> (212) 316-9500
> zjazayeri@kaplanmartin.com

Applicant having requested admission pro hac vice to appear for all purposes as

counsel for Imran Ahmed in the above caption.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in

the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  The Clerk of the Court shall close docket number 37.

Dated: February 2, 2026

_____
HONORABLE LORETTA A. PRESKA
United States District Judge