**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IMRAN AHMED,<br><br>       *Plaintiff*,<br><br>       v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State; SARAH B. ROGERS, in her official capacity as Under Secretary of State for Public Diplomacy; PAMELA BONDI, in her official capacity as Attorney General; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br><br>       *Defendants*. | Case No. 25 Civ. 10705 (LAP) |

## MOTION TO WITHDRAW AS COUNSEL AND [PROPOSED] ORDER

PLEASE TAKE NOTICE that Michael P. Quinn hereby moves this Court, pursuant to Local Civil Rule 1.4, to withdraw as counsel for Plaintiff Imran Ahmed.  I further request that the Clerk of the Court remove my name from the ECF filing notification list for this matter.

In support of this motion, I state as follows:

1.  After January 29, 2026, I will no longer be affiliated with Kaplan Martin LLP.

2.  Kaplan Martin LLP will continue to represent Mr. Ahmed and will continue as attorneys of record for him after the undersigned counsel's withdrawal.

3.  My withdrawal will not affect any current deadlines or cause any delay in this action.

1

4.      I am not asserting a retaining or charging lien.

5.      A copy of this motion has been served on Mr. Ahmed by email and on all counsel of record via the Court's CM/ECF system.

Dated: January 29, 2026
      New York, New York

Respectfully submitted,

/s/ Michael P. Quinn
Michael P. Quinn

KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, NY 10036
Tel.: (212) 316-9500
mquinn@kaplanmartin.com

The Clerk of the Court shall close docket number 36.

*Counsel for Plaintiff Imran Ahmed*

**SO ORDERED**

Date: February 2, 2026

_Loretta A. Preska_
Hon. Loretta A. Preska, U.S.D.J.

2