

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 13, 2026

By ECF
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Imran Ahmed v. Marco Rubio, et al.*, 25 Civ. 10705 (LAP)

Dear Judge Preska:

    This Office represents the government in the above-referenced matter. The government's memorandum of law support of its motion to dismiss and in opposition to Plaintiff's motion for a preliminary injunction is due today. We write respectfully, with the consent of Plaintiff's counsel, to request that the Court grant the government leave to file an oversized brief of up to 8,750 words, which is the limit set forth in Local Rule 7.1(c), instead of the brief size of 7,000 words as required by the Court's Individual Practices. The additional 1,750 words are needed to sufficiently address the various issues presented and because this is a combined brief in support of the Government's motion to dismiss and in opposition to Plaintiff's motion for a preliminary injunction.

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    */s/ Dana Walsh Kumar*
    DANA WALSH KUMAR
    DANIELLE J. MARRYSHOW
    Assistant United States Attorneys
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone: (212) 637-2741/2689
    dana.walsh.kumar@usdoj.gov
    danielle.marryshow@usdoj.gov

cc: Counsel of Record (by ECF)