JAY CLAYTON
United States Attorney for the
Southern District of New York
By:   DANA WALSH KUMAR
         DANIELLE J. MARRYSHOW
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2741/2689
E-mail:dana.walsh.kumar@usdoj.gov
           danielle.marryshow@usdoj.gov

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IMRAN AHMED,<br><br>　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>MARCO RUBIO, *et al.*,<br><br>　　　　　　Defendants. | No. 25 Civ. 10705 (LAP)<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint and the Declaration of Wiliam Joyce, Defendants, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing plaintiff's claims under Rules 12(b)(1) and 12(b)(3) of the Federal Rules of Civil Procedure, or alternatively transferring this action to the U.S. District Court for the District of Columbia.

Dated: New York, New York
      March 13, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ *Dana Walsh Kumar*
DANA WALSH KUMAR
DANIELLE J. MARRYSHOW
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2741/2689
Email: dana.walsh.kumar@usdoj.gov
      danielle.marryshow@usdoj.gov