UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMRAN AHMED,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　-v-<br><br>MARCO RUBIO, *et al.*,<br><br>　　　　　　　Defendants. | No. 25 Civ. 10705 (LAP) |

### DECLARATION OF WILLIAM JOYCE

I, William Joyce, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

　　1.　　I am a Deputy Field Office Director in the New York City Field Office at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS").

　　2.　　I began my tenure with the United States Government in August 1992, with what was then known as the Immigration and Naturalization Service ("INS") in the Newark District Office in Newark, New Jersey, where I worked as an Immigration Examiner, among other titles. On March 31, 1997, I entered on duty as a Deportation Officer in the Newark District Office, and on or about August 2002, I was selected as Supervisory Deportation Officer at the Elizabeth Detention Facility in Elizabeth, New Jersey. I subsequently became the Assistant Officer in Charge, and then acting Officer in Charge of that facility. In March 2003, the INS ceased to exist, and many of its functions were transferred to DHS. I subsequently transferred to Enforcement and Removal Operations ("ERO") New York City. In 2007, I was promoted to the position of Assistant Field Office Director ("AFOD"). While I was an AFOD, I was responsible for the non-detained case management section, and I also became the Chief of Staff for the Field Office Director ("FOD"). From June 2008 through December 2008, I served as the Chief of Staff for the Assistant Director

for Enforcement in Washington, D.C. I also served as the Unit Chief of the Incident and Special Response Unit in Washington, D.C., for approximately 18 months between 2011 and 2012. In approximately November 2015, I was promoted to the position of DFOD for ERO New York office where I provided oversight of the Detained Case Management Unit, the Jail Liaison Unit, the Criminal Alien Program ("CAP"), the Juvenile Case Management Unit, Transportation and Removal, and the corresponding components of those units in our Newburgh, New York and Central Islip, New York sub-offices. I was temporarily detailed to the ICE ERO El Paso Field Office, in El Paso, Texas, to serve as the acting FOD between August 2017 and May 2018. I was also temporarily detailed to the ICE ERO New Orleans Field Office, located in New Orleans, Louisiana, as the Acting FOD from August of 2019 through mid-February of 2020, and have served as Acting FOD of ERO New York City.

3.      In my regular duties, I have been managing the Criminal Alien Program, the Detained Case Management Unit, the Jail Liaison Unit, and the Fugitive Operations Program. On or about July 7, 2025, I became responsible for the Transportation and Removal Unit. Additionally, as part of my job as a Deputy Field Office Director, I am familiar with certain DHS procedures relating to the processing, removal, detention, and parole of aliens.

4.      The statements contained in this declaration are based upon my personal knowledge, reasonable inquiry, and information made available to me in the course of my official duties from information obtained from records, systems, databases, other DHS employees, and/or information portals maintained and relied upon by DHS.

5.      The area of responsibility for the U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), New York City Field Office includes the

five boroughs (counties) of New York City and the counties of Duchess, Nassau, Putnam, Suffolk, Sullivan, Orange, Rockland, Ulster, and Westchester.

6. The ICE ERO New York City Field Office has not been involved in the Department of State's deliberations and determination to sanction Mr. Imran Ahmed and/or his organization.

7. At this time, ERO NYC has no past or current planned enforcement action against Mr. Ahmed. This is because, to the best of ICE's knowledge, Mr. Ahmed resides in Washington, D.C. and not in the ERO NYC's area of responsibility. Washington, D.C. is the area of responsibility of the ICE ERO Washington Field Office.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this 13th day of March 2026.

_____
William Joyce
Deputy Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security