# EXHIBIT 1

**From:** Walsh Kumar, Dana (USANYS)
**To:** Maximilian Crema; Michelle Lee; Roberta Kaplan; Marryshow, Danielle (USANYS); D. Brandon Trice; Andrew Rodgers; Avita Anand; Christopher Clark; Michael Quinn; Norman@statedemocracydefenders.org; Steve Jonas; Zahraa Nasser Jazayeri
**Subject:** RE: Ahmed v. Rubio et al, 25 Civ. 10705
**Date:** Friday, February 27, 2026 4:39:31 PM

---

> **EXTERNAL MESSAGE:** Use caution when opening attachments, clicking links or responding.

All,

We are writing in response to Plaintiff's February 19 letter and Max's email below.  With respect to redactions in the administrative record ("AR"), we will provide a log next week for the portion of the AR that was redacted for attorney work product.  The Department of State does not agree to produce the other redacted portions of the AR because they are related to different individuals or other policy decisions, and was not part of the body of information considered by the Secretary when he decided to sanction Plaintiff.

In addition, the Department of State will not agree at this time to conduct any additional discovery, including a search of DOS emails for communications with X Corp.  As we have previously discussed and as we will likely discuss with the Court soon, we view all of these discovery disputes as premature, and the Court should decide the threshold venue and jurisdictional issues prior to determining whether extra record discovery is appropriate. In addition, as we previously explained, further discovery is not warranted here and the record should be limited to the AR.  For the same reason, discussion of any anticipated testimony by Under Secretary Rodgers or other witnesses is also premature.  We don't think an evidentiary hearing is necessary to resolve the threshold issues raised by the Government, and the Court has not scheduled any hearings.

Finally, the Government will likely object to any Requests for Admissions served by Plaintiff.  RFAs are not typical in an APA case, and the Government believes all discovery in this case should be limited to the AR.  We also, however, reserve all rights with respect to specific objections which may be made in response to any RFAs served by the Plaintiff.

It seems likely that these issues will be impacted by how the Court decides how to resolve Plaintiff's recent motion to consolidate any hearing with a trial.  We propose that, following the Court's ruling on Plaintiff's motion to consolidate any PI hearing with a trial on the merits, the parties discuss the most efficient way to resolve these disputes.

Thanks,
Dana

Dana Walsh Kumar
(212) 637-2741

**From:** Maximilian Crema <mcrema@kaplanmartin.com>
**Sent:** Monday, February 23, 2026 12:09 PM
**To:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Michelle Lee <michelle.lee@csvllp.com>; Roberta Kaplan <RKaplan@kaplanmartin.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; D. Brandon Trice <btrice@kaplanmartin.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Avita Anand <aanand@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Michael Quinn <mquinn@kaplanmartin.com>; Norman@statedemocracydefenders.org; Steve Jonas <steve@democracydefenders.org>; Zahraa Nasser Jazayeri <zjazayeri@kaplanmartin.com>
**Subject:** [EXTERNAL] RE: Ahmed v. Rubio et al, 25 Civ. 10705

Thank you, Dana.  In addition to the matters we have discussed, Mr. Ahmed intends to serve no more than 10 Requests for Admission to narrow the issues at trial.  Please let us know Defendants' position on the RFAs in your response.  Separately, as previewed, we plan to request that Judge Preska consolidate the preliminary injunction hearing with trial on the merits pursuant to Rule 65(a)(2).  Please let us know your position by COB.

Best,
Max

**Max Crema | Kaplan Martin LLP**
Associate
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
W: (212) 316-9500 | M: (917) 929-0332
mcrema@kaplanmartin.com

**From:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>
**Sent:** Monday, February 23, 2026 11:36 AM
**To:** Michelle Lee <michelle.lee@csvllp.com>; Roberta Kaplan <RKaplan@kaplanmartin.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Maximilian Crema <mcrema@kaplanmartin.com>; D. Brandon Trice <btrice@kaplanmartin.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Avita Anand <aanand@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Michael Quinn <mquinn@kaplanmartin.com>; Norman@statedemocracydefenders.org; Steve Jonas <steve@democracydefenders.org>; Zahraa Nasser Jazayeri <zjazayeri@kaplanmartin.com>
**Subject:** RE: Ahmed v. Rubio et al, 25 Civ. 10705

> **EXTERNAL MESSAGE:** Use caution when opening attachments, clicking links or responding.

Thanks, Michelle.  We are reviewing and conferring with State, and intend to get you a response by the end of this week.

Best,
Dana

Dana Walsh Kumar
(212) 637-2741

---

**From:** Michelle Lee <michelle.lee@csvllp.com>
**Sent:** Thursday, February 19, 2026 7:20 PM
**To:** Roberta Kaplan <RKaplan@kaplanmartin.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Maximilian Crema <mcrema@kaplanmartin.com>; Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; D. Brandon Trice <btrice@kaplanmartin.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Avita Anand <aanand@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Michael Quinn <mquinn@kaplanmartin.com>; Norman@statedemocracydefenders.org; Steve Jonas <steve@democracydefenders.org>; Zahraa Nasser Jazayeri <zjazayeri@kaplanmartin.com>
**Subject:** [EXTERNAL] RE: Ahmed v. Rubio et al, 25 Civ. 10705

Dear Danielle and Dana:

Please see the attached correspondence.

Best,
Michelle

---

**From:** Michelle Lee
**Sent:** Tuesday, February 10, 2026 6:31 PM
**To:** 'Roberta Kaplan' <RKaplan@kaplanmartin.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Maximilian Crema <mcrema@kaplanmartin.com>; Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; D. Brandon Trice <btrice@kaplanmartin.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Avita Anand <aanand@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Michael Quinn <mquinn@kaplanmartin.com>; Norman@statedemocracydefenders.org; Steve Jonas <steve@democracydefenders.org>; Zahraa Nasser Jazayeri <zjazayeri@kaplanmartin.com>
**Subject:** RE: Ahmed v. Rubio et al, 25 Civ. 10705

Dear Danielle and Dana:

In advance of tomorrow's meet and confer, please see the attached correspondence.

Best,
Michelle

**From:** Roberta Kaplan <RKaplan@kaplanmartin.com>
**Sent:** Monday, February 9, 2026 6:08 PM
**To:** Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Maximilian Crema <mcrema@kaplanmartin.com>; Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; D. Brandon Trice <btrice@kaplanmartin.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Avita Anand <aanand@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Michael Quinn <mquinn@kaplanmartin.com>; Norman@statedemocracydefenders.org; Steve Jonas <steve@democracydefenders.org>; Zahraa Nasser Jazayeri <zjazayeri@kaplanmartin.com>; Michelle Lee <michelle.lee@csvllp.com>
**Subject:** Ahmed v. Rubio et al, 25 Civ. 10705

Dear Danielle and Dana:

We will be sending you a letter about the administrative record that you produced last Friday.

But thinking ahead, it probably makes sense for us to set up a time for a meet and confer later this week.

Please let us know your availability.

Thanks in advance,

Robbie

**Roberta Kaplan** | **Kaplan Martin LLP**
Partner
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
W: (212) 316 - 9500
rkaplan@kaplanmartin.com

Kaplan Martin LLP Confidentiality Notice: This message contains confidential information and is intended solely for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system.