# EXHIBIT 2

| | |
|---|---|
| **From:** | Walsh Kumar, Dana (USANYS) |
| **To:** | Michelle Lee; Marryshow, Danielle (USANYS) |
| **Cc:** | Christopher Clark; Andrew Rodgers; Roberta Kaplan; Maximilian Crema; D. Brandon Trice; Avita Anand; Michael Quinn; Norman Eisen; Steve Jonas; Zahraa Nasser Jazayeri |
| **Subject:** | RE: Ahmed v. Rubio et al, 25-cv-10705-LAP |
| **Date:** | Friday, April 3, 2026 11:09:26 AM |
| **Attachments:** | shield-advisory.png <br> chevron-light.png |

 External email 

Hi Michelle,

We are writing in response to your March 30 letter.  We believe we answered most of these issues in our email from February 27, but we will repeat or clarify our position here.  As a preliminary matter, we believe that all of these discovery-related issues are premature, and should be resolved after the Court decides Plaintiff's pending motion for a preliminary injunction and the Government's pending motion to dismiss.

As we previously noted and for the reasons in our February 27 email, the Department of State will not agree at this time to conduct any additional discovery, including a search of DOS emails for communications with X Corp.  Such a search is not only premature but any records, should they even exist, would necessarily fall outside the scope of this administrative record.

With respect to the redactions in the administrative record, the Government will agree to produce the names of individuals in the administrative records whose names were redacted solely due to the Privacy Act pursuant to a protective order, if Plaintiff confirms that he will stipulate to not seeking any additional information that was redacted, which is not part of the administrative record because it is not related to the challenged determination.  To the extent Plaintiff continues to seek information that is not part of the administrative record and was redacted for reasons not related to the Privacy Act, we do not believe it is efficient to enter into a protective order at this time that will not address all concerns.  Any remaining disputes regarding the record can be resolved after the Court decides the pending motions.

Thanks,
Dana

Dana Walsh Kumar

(212) 637-2741

---

**From:** Michelle Lee <michelle.lee@csvllp.com>
**Sent:** Wednesday, April 1, 2026 10:04 PM
**To:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>
**Cc:** Christopher Clark <clark@csvllp.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Roberta Kaplan <rkaplan@kaplanmartin.com>; Maximilian Crema <mcrema@kaplanmartin.com>; D. Brandon Trice <btrice@kaplanmartin.com>; Avita Anand <aanand@kaplanmartin.com>; Michael Quinn

<mquinn@kaplanmartin.com>; Norman Eisen <norman@democracydefenders.org>; Steve Jonas
<steve@democracydefenders.org>; Zahraa Nasser Jazayeri <zjazayeri@kaplanmartin.com>
**Subject:** [EXTERNAL] RE: Ahmed v. Rubio et al, 25-cv-10705-LAP

Thank you, Dana.

---

**From:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>
**Sent:** Wednesday, April 1, 2026 8:43 PM
**To:** Michelle Lee <michelle.lee@csvllp.com>; Marryshow, Danielle (USANYS)
<Danielle.Marryshow@usdoj.gov>
**Cc:** Christopher Clark <clark@csvllp.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Roberta
Kaplan <rkaplan@kaplanmartin.com>; Maximilian Crema <mcrema@kaplanmartin.com>; D. Brandon
Trice <btrice@kaplanmartin.com>; Avita Anand <aanand@kaplanmartin.com>; Michael Quinn
<mquinn@kaplanmartin.com>; Norman Eisen <norman@democracydefenders.org>; Steve Jonas
<steve@democracydefenders.org>; Zahraa Nasser Jazayeri <zjazayeri@kaplanmartin.com>
**Subject:** RE: Ahmed v. Rubio et al, 25-cv-10705-LAP

Hi Michelle,

We are in receipt and are conferring with State.  We intend to respond by the end of the week.

Thanks,
Dana

Dana Walsh Kumar
(212) 637-2741

---

**From:** Michelle Lee <michelle.lee@csvllp.com>
**Sent:** Monday, March 30, 2026 7:22 PM
**To:** Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Walsh Kumar, Dana (USANYS)
<Dana.Walsh.Kumar@usdoj.gov>
**Cc:** Christopher Clark <clark@csvllp.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Roberta
Kaplan <rkaplan@kaplanmartin.com>; Maximilian Crema <mcrema@kaplanmartin.com>; D. Brandon
Trice <btrice@kaplanmartin.com>; Avita Anand <aanand@kaplanmartin.com>; Michael Quinn
<mquinn@kaplanmartin.com>; Norman Eisen <norman@democracydefenders.org>; Steve Jonas
<steve@democracydefenders.org>; Zahraa Nasser Jazayeri <zjazayeri@kaplanmartin.com>
**Subject:** [EXTERNAL] Ahmed v. Rubio et al, 25-cv-10705-LAP

Dear Danielle and Dana:

Please see the attached correspondence.

Best,
Michelle

**Michelle E. Lee**

Clark Smith Villazor LLP

666 Third Avenue, 21st Floor

New York, New York 10017

**O** (212) 377-0850 **| M** (831) 210-4772

www.csvllp.com