**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IMRAN AHMED,<br><br>        *Plaintiff,*<br><br>        v.<br><br>MARCO RUBIO, *et al.*,<br><br>        *Defendants.* | Case No. 25 Civ. 10705 (LAP) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Imran Ahmed.  I certify that I am admitted to practice in this Court.

Dated: April 10, 2026       */s/ Olivia P. Berci*
  New York, New York     Olivia P. Berci
               KAPLAN MARTIN LLP
               1133 Avenue of the Americas | Suite 1500
               New York, N.Y. 10036
               Tel.: (212) 316-9500
               oberci@kaplanmartin.com

               *Counsel for Plaintiff Imran Ahmed*