

Kaplan
Martin

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

April 10, 2026

**BY CM/ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

   *Re:* *Imran Ahmed v. Rubio, et al.*, No. 25 Civ. 10705 (LAP)

Dear Judge Preska:

  On behalf of Plaintiff Imran Ahmed, we write with Defendants' consent to request leave to file an oversized brief of up to 8,750 words in opposition to Defendants' motion to dismiss and in reply in further support of Plaintiff's motion for a preliminary injunction. Defendants requested the same extension on March 13, 2026, ECF 47, which we consented to on the condition that they agree to the same enlarged page limit for our brief. *See* Exhibit A.

  We thank the Court for its consideration of this request.

        Respectfully submitted,

        Roberta A. Kaplan

cc: Counsel of Record (via ECF)