# EXHIBIT A

**From:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>
**Sent:** Friday, March 13, 2026 5:49 PM
**To:** Roberta Kaplan <RKaplan@kaplanmartin.com>; Maximilian Crema <mcrema@kaplanmartin.com>; Michelle Lee <michelle.lee@csvllp.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; D. Brandon Trice <btrice@kaplanmartin.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Avita Anand <aanand@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Michael Quinn <mquinn@kaplanmartin.com>; Norman@statedemocracydefenders.org; Steve Jonas <steve@democracydefenders.org>; Zahraa Nasser Jazayeri <zjazayeri@kaplanmartin.com>
**Subject:** RE: Ahmed v. Rubio et al, 25 Civ. 10705

**EXTERNAL MESSAGE:** Use caution when opening attachments, clicking links or responding.

Hi Robbie,

Yes, we agree to the same limit for plaintiff's brief.

Thanks,
Dana

Dana Walsh Kumar
(212) 637-2741

---

**From:** Roberta Kaplan <RKaplan@kaplanmartin.com>
**Sent:** Friday, March 13, 2026 5:47 PM
**To:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>; Maximilian Crema <mcrema@kaplanmartin.com>; Michelle Lee <michelle.lee@csvllp.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; D. Brandon Trice <btrice@kaplanmartin.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Avita Anand <aanand@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Michael Quinn <mquinn@kaplanmartin.com>; Norman@statedemocracydefenders.org; Steve Jonas <steve@democracydefenders.org>; Zahraa Nasser Jazayeri zjazayeri@kaplanmartin.com>
**Subject:** [EXTERNAL] Re: Ahmed v. Rubio et al, 25 Civ. 10705

Dear Dana:

We have no objection to this as long as you agree to the same enlarged page limit with respect to our reply in further support of the Order to Show Cause and in opposition to Defendants' motion to dismiss.

Best,
Robbie

**From:** Walsh Kumar, Dana (USANYS) <Dana.Walsh.Kumar@usdoj.gov>
**Sent:** Friday, March 13, 2026 4:28 PM
**To:** Maximilian Crema <mcrema@kaplanmartin.com>; Michelle Lee <michelle.lee@csvllp.com>; Roberta Kaplan <RKaplan@kaplanmartin.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; D. Brandon Trice <btrice@kaplanmartin.com>; Andrew Rodgers <andrew.rodgers@csvllp.com>; Avita Anand <aanand@kaplanmartin.com>; Christopher Clark <clark@csvllp.com>; Michael Quinn <mquinn@kaplanmartin.com>; Norman@statedemocracydefenders.org; Steve Jonas <steve@democracydefenders.org>; Zahraa Nasser Jazayeri <zjazayeri@kaplanmartin.com>
**Subject:** RE: Ahmed v. Rubio et al, 25 Civ. 10705

**EXTERNAL MESSAGE:** Use caution when opening attachments, clicking links or responding.

Hi all,

We are filing today our combined brief in opposition to Plaintiff's preliminary injunction and in support of the Government's motion to dismiss, and intend to ask the Court for leave to file an enlarged brief of up to 8,750 words (which is the limit under local rule 7.1 but exceeds the limit in the Court's individual practices). Can you please let us know if Plaintiff consents to this request?

Thanks,
Dana

Dana Walsh Kumar
(212) 637-2741