**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IMRAN AHMED,

*Plaintiff,*

v.

MARCO RUBIO, *et al.*,

*Defendants.*

Case No. 25 Civ. 10705 (LAP)

**<u>DECLARATION OF IMRAN AHMED</u>**

I, Imran Ahmed, hereby declare as follows:

1.      I am the Founder and Chief Executive Officer of the Center for Countering Digital Hate ("CCDH") and the plaintiff in the above-captioned action.

2.      Although I live in Washington, D.C., I regularly travel to New York City for business and personal reasons.

3.      From December 24 to December 27, 2025, I was in Manhattan to seek advice and support from my long-time counsel, Roberta Kaplan, in response to Defendants' decision to publicly identify me for immediate arrest and detention through the Rubio Determination.  While in town, I met with a number of friends and acquaintances.  I had Shabbat dinner with an old British friend and his family.  I also had dinner with a former colleague from Merrill Lynch, with whom I worked over twenty years ago and who still I see frequently.

4.      From January 5 to January 6, 2026, I was in Manhattan to attend a court conference in the above-captioned matter.

5.      On January 16, 2026, I was in Manhattan for a work-related meeting with one of CCDH's funders.

6.      From February 5 to February 7, 2026, I was in Manhattan to attend a fundraising meeting for CCDH and other work-related events.  I delivered a lecture to students at Columbia University's School of International and Public Affairs, met with an official from the United Nations, and had dinner with a close friend.

7.      From February 10 to February 12, 2026, I was in Manhattan to meet a prospective funder and, separately, one of our partner organizations about official business.

8.      From February 16 to February 18, 2026, I was in Manhattan to have dinner with one of CCDH's funders.  I also had a breakfast meeting with two professors from the University of Chicago who were in town.  I had a business meeting and met a colleague from the nonprofit sector.  I also attended a launch event at NYU for a book on civility, to which I had contributed a chapter.

9.      My second daughter was born on March 1, 2026.  I was on paternity leave and away from the East Coast from February 25 until March 22, 2026.

10.      From March 24 to March 26, 2026, I was in Manhattan to speak to students at a class in Columbia Law School.

11.      From March 30 to April 2, 2026, I was in Manhattan for several work-related events.  I had dinner with a colleague from the nonprofit sector and met with one of CCDH's funders.  I also attended a Seder dinner with friends.

12.      From April 9 to April 10, 2026, I was in Manhattan to attend a fundraising meeting for CCDH, for other work-related events, and to have dinner with a friend.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed: April 10, 2026

*Imran Ahmed*
Imran Ahmed (Apr 10, 2026 16:30:53 EDT)

Imran Ahmed

2