

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 17, 2026

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Imran Ahmed v. Marco Rubio, et al.*, 25 Civ. 10705 (LAP)

Dear Judge Preska:

This Office represents the Defendants (the "Government") in the above-referenced action brought by Plaintiff Imran Ahmed ("Plaintiff"). We write respectfully to request <u>a two-week extension of the Government's time to file a reply memorandum of law in support of its motion to dismiss, from April 22, 2026, to May 6, 2026</u>.

The reason for this request is that the undersigned attorneys require additional time, due to work-related travel and conflicting court-ordered deadlines in other matters, to prepare the Government's reply brief. This is the first request for an extension of time to file the Government's reply brief. Plaintiff consents to the requested extension.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

The request for a filing extension is GRANTED. The Clerk of the Court shall close docket number 58.
**SO ORDERED.**

*Loretta A. Preska*
_____
Loretta A. Preska, U.S.D.J.
April 20, 2026

By:     */s/ Danielle J. Marryshow*
      DANA WALSH KUMAR
      DANIELLE J. MARRYSHOW
      Assistant United States Attorneys
      Tel: (212) 637-2741/2689
      Email: dana.walsh.kumar@usdoj.gov
             danielle.marryshow@usdoj.gov

cc: Counsel of Record (by ECF)